AO 455(Rev. 5/85) Waiver of Indictment

MAY 2 6 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | WAIVER OF INDICTMENT |
| NICHOLAS PIAZZA | |

CASE NUMBER: 10cr2018-WQH

I, NICHOLAS PIAZZA, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(2)- distribution of images of minors engaged in sexually explicit conduct (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/26/10 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Nicholas Piazza_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER