# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   10CR2018-WQH |
| Plaintiff, ) | |
| ) | **ORDER ADOPTING FINDINGS** |
| vs. ) | **AND RECOMMENDATION OF** |
| ) | **MAGISTRATE JUDGE** |
| NICHOLAS ANTHONY PIAZZA ) | |
| ) | |
| Defendant. ) | |

No objections having been filed,  IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's Plea of Guilty to count(s) 1 information

DATED: July 7, 2010

**WILLIAM Q. HAYES**
United States District Judge