**JOSEPH M. McMULLEN**
California Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Joseph_McMullen@fd.org

Attorneys for Mr. Piazza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR2018-WQH |
| Plaintiff, ) | Date: September 20, 2010 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | NOTICE OF MOTION AND MOTION TO |
| NICHOLAS ANTHONY PIAZZA, ) | ALLOW DR. DAVID DEFRANCESCO ACCESS |
| ) | TO THE SAN DIEGO WESTERN REGIONAL |
| Defendant. ) | DETENTION CENTER TO EVALUATE |
| ) | MR. PIAZZA FOR SENTENCING PURPOSES |

**TO:   LAURA E. DUFFY, UNITED STATES ATTORNEY, AND
ALESSANDRA P. SERANO, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that defendant, Nicholas Anthony Piazza, by and through his attorneys, Joseph M. McMullen, and Federal Defenders of San Diego, Inc., request that this Court enter an order granting Dr. David DeFrancesco access to the San Diego Western Regional Detention Center to evaluate Mr. Piazza for sentencing purposes. The expense of Dr. DeFrancesco's evaluation shall be paid by Mr. Piazza's defense counsel, Federal Defenders of San Diego, Inc. A proposed order has been submitted to Chambers and to government counsel for the Court's convenience.

                                            Respectfully submitted,

Dated: August 26, 2010              */s/ Joseph M. McMullen*
                                              **JOSEPH M. McMULLEN**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant
                                              Joseph_McMullen@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon via ECF:

Alessandra P. Serrano
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: Alessandra.P.Serano@usdoj.gov

Respectfully submitted,

Dated: August 26, 2010     /s/ Joseph M. McMullen
**JOSEPH M. McMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Joseph_McMullen@fd.org