FILED

2010 AUG 27 AM 8: 21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| UNITED STATES OF AMERICA, | ) | CASE NO. 10CR2018-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DR. DAVID DEFRANCESCO ACCESS TO THE SAN DIEGO WESTERN REGIONAL DETENTION CENTER TO EVALUATE MR. PIAZZA FOR SENTENCING PURPOSES |
| NICHOLAS ANTHONY PIAZZA, | ) | |
| Defendant. | ) | |

**IT IS ORDERED** that Dr. David P. DeFrancesco shall be allowed entrance into the San Diego Western Regional Detention Center in order to evaluate Nicholas Anthony Piazza for sentencing purposes. Dr. DeFrancesco shall be afforded such cooperation and information as is required to properly conduct the examination, and in particular shall be allowed to meet with Mr. Piazza in a private setting at the San Diego Western Regional Detention Center.

**IT IS FURTHER ORDERED** that Dr. DeFrancesco have access to medical, forensic, and psychological files at the San Diego Western Regional Detention Center related to Mr. Piazza and be allowed to copy the same, with Mr. Piazza's consent.

The expense of Dr. David DeFrancesco's evaluation shall be paid by Mr. Piazza's defense counsel, Federal Defenders of San Diego, Inc.

**IT IS SO ORDERED.**

DATED: 8/26/10

HONORABLE WILLIAM Q. HAYES
United States District Judge