**FILED**
SEP 17 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of )
Substitution of Counsel, )
)
) **ORDER**
JOSEPH M. McMULLEN, )
)
_____ )

  **IT IS HEREBY ORDERED** that Joseph M. McMullen, 2100 Symphony Towers, 750 B Street, San Diego, CA 92101, be substituted as appointed counsel in the stead of and following his departure from Federal Defenders of San Diego, Inc., in the attached list of cases, effective after September 14, 2010.

**SO ORDERED.**
DATE: 9/17/10

HON. IRMA E. GONZALEZ
United States District Chief Judge

1

Case 3:10-cr-02018-WQH   Document 28   Filed 09/17/10   Page 2 of 2

## CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC. TO JOSEPH M. McMULLEN, ESQ. AS OF SEPTEMBER 14, 2010

| CASE NAME AND CRIM. NO. | NEXT COURT DATE - FOR |
|---|---|
| UNITED STATES v. MISAEL CARO<br>10CR1387-JLS | OCTOBER 15, 2010 @ 9:00 A.M. FOR SENTENCING BEFORE THE HON. JANIS L. SAMMARTINO |
| UNITED STATES v. GUILLERMINA MERCADO DE MENDOZA<br>10CR2564-JAH | SEPTEMBER 13, 2010 @ 10:30 A.M. FOR MOTION HEARING BEFORE THE HON. JOHN A. HOUSTON |
| UNITED STATES v. GENARO SMITH-BALTIHER<br>07CR3161-LAB | OCTOBER 18, 2010 @ 2:00 P.M. FOR OSC HEARING BEFORE THE HON. LARRY A. BURNS |
| UNITED STATES v. PATTERSON MOLARD<br>07CR3381-LAB | SEPTEMBER 13, 2010 @ 9:00 A.M. FOR STATUS HEARING HON. LARRY A. BURNS |
| UNITED STATES v. NICHOLAS ANTHONY PIAZZA<br>10CR2018-WQH | OCTOBER 18, 2010 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. WILLIAM Q. HAYES |
| UNITED STATES v. DONALD BASIL ARREY<br>10CR1323-LAB | OCTOBER 18, 2010 @ 9:30 A.M. FOR SENTENCING HEARING BEFORE THE HON. LARRY A. BURNS |
| UNITED STATES v. MANUEL PINEDA-FERNANDEZ<br>10CR2276-LAB | OCTOBER 18, 2010 @ 9:30 A.M. FOR SENTENCING BEFORE THE HON. LARRY A. BURNS |
| UNITED STATES v. ALEJANDRO GUZMAN-SOTO<br>10CR2019-IEG | OCTOBER 12, 2010 @ 2:00 P.M. FOR OSC HEARING BEFORE THE HON. IRMA E. GONZALEZ |

1