PROB 12B  
(08/16)
March 20, 2018<br>pacts id: 4644

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Nicolas Anthony Piazza (English)     **Dkt No.:** 10CR02018-001-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, U.S. District Judge

**Sentence:** 84 months in custody, 15 years of supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 21, 2011

**Date Supervised Release Commenced:** June 2, 2016

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**(Special Condition)**
You shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of three month.

## CAUSE

Mr. Piazza was released from custody on June 2, 2016, commencing a 15-year term of supervised release. The offender is currently being supervised in the Northern District of Illinois based on his residence in Oak Forest, Illinois.

According to the assigned probation officer, Mr. Piazza violated his condition of supervised release between September 1, 2017, and October 1, 2017, by viewing sexually explicit material on his computer. Mr. Piazza's conduct came to the attention of the probation officer when the officer was reviewing the offender's computer search history and noted numerous concerning search terms, including "Brazilian Wax Uncensored", "13 year old girls Brazilian Wax", "Children" and "Girls Swimwear".

In response to these concerns, the officer completed an unannounced home inspection with the offender on October 16, 2017, in an attempt to see if he would be honest about what he was viewing on the internet. During this contact the offender denied viewing any sexually explicit or pornographic material, and denied using his computer for anything other than appropriate activities, such as writing or banking. Afterward, on November 3, 2017, the U.S. Probation Office executed a search of Mr. Piazza's residence in Oak Forest. During the search the offender's computer was seized, along with an external storage device.

During the search, Mr. Piazza, though he initially denied any violation conduct, eventually admitted viewing images of pornography, as well as images of children, some of them undressed. Mr. Piazza indicated that he "accidentally" happened upon these images while searching innocuous terms such as "the" or "difference between love and lust." The offender acknowledged that some of his searches resulted in pornographic images, but he stated that he did not save the images to his computer. He further admitted that he would click on

PROB12B
Name of Offender: Nicolas A Piazza                                                        March 20, 2018
Docket No.: 10CR02018-001-WQH                                                                    Page 2

suggested search terms such as "inappropriate teen girl clothes" and "young girls rear end" when prompted. The offender said he viewed inappropriate images four to five times over the course of approximately three weeks in late September and early October 2017. Mr. Pizza further admitted that his searches brought up "unintended" pictures of children in swimwear or various stages of undress, such as potty training images, which he "thought were cute." The offender denied being sexually aroused by these images.

In a subsequent interview on November 9, 2017, Mr. Piazza tried to justify his actions by saying that he was looking at images of adult pornography to see if he could become sexually aroused, which he reports that he did. Furthermore, he said he viewed the images of minor children to see if he could get sexually aroused, which he reports that he did not. Regardless, Mr. Piazza has been made aware of the serious nature of his actions and the concerns represented.

The assigned probation officer has expressed serious concern for the offender's conduct outlined herein. However, the officer would like to address the conduct using appropriate sanctions and treatment services while allowing the offender to remain in the community at this time. That said, it is respectfully requested that the conditions of supervision be modified, as outlined above, to include placement in a community corrections facility for a period of three months. This will provide the offender with additional structure as a sanction while allowing him to continue attending sex-offender treatment in the community. The officer has been in contact with Mr. Piazza's therapist who has been made aware of the issues indicated herein. The probation officer is working closely with Mr. Piazza and his therapist to address the serious nature of the conduct and develop and appropriate treatment plan. The offender is in agreement with the recommended modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

Furthermore, barring any objection from Your Honor, the probation officer plans to release the seized property in this matter to an appropriate third party until it is determined safe to return to the offender. It was agreed that this would be done only after any inappropriate images were deleted from the computer and external hard drive.

Respectfully submitted:                                  Reviewed and approved:
by
  Scott A. Kiefer                                          Jennifer K. Walker
  U.S. Probation Officer                                   Supervising U.S. Probation Officer
  (619) 409-5119

Attachments:

**THE COURT ORDERS:**

  ✓  The Modification of Conditions as Noted Above

  ___  Other _____

The Honorable William Q. Hayes                           Date 3/28/18
U.S. District Judge