# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. William Q. Hayes

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: October 10, 2019 |
|---|---|
| CASE NO. 10-cr-02018-WQH-1 | DOC FILED BY: Nicholas Anthony Piazza |
| CASE TITLE: USA v. Piazza | |
| DOCUMENT ENTITLED: Motion to Terminate Remaining Supervised Release Term Pursuant to 18 U.S.C. 3583(e) | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

FRCvP 41 Case closed

CrimLR1.1(e)(21) Party has appeared by an attorney and now filing as Pro Se

Date Forwarded: October 10, 2019

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: October 16, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court